THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER TERRELL, Appellant. [820 NYS2d 922]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J.— Attempted Robbery, 1st Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER TERRELL, Appellant. [820 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J.— Unauthorized Use of a Vehicle, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY A. VAUGHAN, Appellant. [820 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Kim H. Martusewicz, J.—Bail Jumping, 2nd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT WALKER, Appellant. [820 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Sheila A. DiTullio, J.— Attempted Criminal Possession of a Controlled Substance, 3rd Degree). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.